STATE ex rel. CHRISTIANSON v. ALLISON et al.

Where appellant files neither abstract nor brief, the judgment will be affirmed.

(Opinion filed, Aug. 8, 1906.)

Appeal from Circuit Court, Miner County. Hon. CHARLES S. WHITING, Judge.

Proceeding by the state, on the relation of Charles Christianson, against Jesse Allison and others. From the judgment of the circuit court, defendants appeal. Affirmed.

*E. T. Grua* and *T. H. Null,* for appellants. *Horner* & *Stewart* and *E. H. Wilson,* for respondent.

HANEY, J. This cause having been submitted under rule 21, on May 2, 1906, and appellants having filed neither abstract nor brief, the appeal is presumed to have been abandoned. Benedict v. Smith, 10 S. D. 35, 71 N. W. 139; Giles v. Mining Co., 11 S. D. 222, 76 N. W. 928. The judgment of the circuit court is affirmed.